## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 2:19-CV-14182-RLR-ROSENBERG/REINHART

ARON LUNA,

      Petitioner,

v.

RICKY DIXON,
As Secretary, Florida Department of Corrections

      Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the Court on Petitioner Aron Luna's 28 U.S.C. § 2254 *habeas corpus* petition [DE 9], which was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation ("R&R") [DE 18].  On January 20, 2022, Judge Reinhart issued an R&R recommending that the Petition be denied, which the Court has reviewed *de novo*.  DE 19. Petitioner did not file any objections to the R&R.[1] The Court has reviewed the record and is otherwise fully advised in the premises.

      Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct.  The Court agrees with Judge Reinhart's analysis and concludes that the Petition should be denied for the reasons stated in the R&R.

      For the foregoing reasons, it is **ORDERED AND ADJUDGED**:

    1.  The Report and Recommendation [DE 19] is **ADOPTED**;

    2.  Petitioner's writ of *habeas corpus* [DE 9] is **DENIED**.

---

[1] Petitioner had 14 days from January 20th, 2022, to file objections. As of the entry of this order, the Court has not received any objections from Petitioner.

3. Petitioner's writ of *habeas corpus* is **DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**;

4. All other pending motions are **DENIED AS MOOT**; and

5. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of June, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record